Theodore ANDREWS, Petitioner–
Appellant,

v.

Kathleen DICKINSON, Warden,
Respondent–Appellee.

No. 11–17396.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 24, 2012.

Theodore Andrews, Vacaville, CA, pro se.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Theodore Andrews appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Andrews contends that the district court erred in dismissing his petition for failure to state a cognizable claim. The district court correctly concluded that Andrews's petition challenging his "R" custody designation failed to raise a federally cognizable

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

claim for which habeas relief may be granted. *See Preiser v. Rodriguez,* 411 U.S. 475, 489, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973).

AFFIRMED.